| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States Courts
Southern District of Texas
ENTERED

OCT 1 0 2002

Michael N. Milby, Clerk of Court

GOLDFARB, §
§
      Plaintiff, §
versus §    CIVIL ACTION H-02-2717
§
§
EL PASO CORPORATION, §
§
      Defendant. §

## Order

Oscar Wyatt has through October 11, 2002, to respond to Ezra Charitable Trust and El Paso Corporation's objections to his selection as lead counsel.

Signed October 8, 2002, at Houston, Texas.

Lynn N. Hughes
United States District Judge

