United States Courts
Southern District of Texas
ENTERED

APR 2 9 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARVIN GOLDFARB, Class Representative, | § § § | |
| Plaintiffs, | § § | |
| versus | § | CIVIL ACTION H-02-2717 |
| | § § | |
| EL PASO CORPORATION, *et al.*, | § § | |
| Defendants. | § | |

## Order Denying Pending Motions

Because of the recent consolidation of several cases into the senior civil action, all pending motions in this case are denied without prejudice. [88, 89, 91, 93, 94, 96]

The motions may be reurged after the division of parties, claims, and counsel.

Signed April 28, 2004, at Houston, Texas.

Lynn N. Hughes
United States District Judge