UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 0 7 2006

Michael N. Milby, Clerk

| | |
|---|---|
| OSCAR WYATT, et al., § § Plaintiffs, § § vs. § § EL PASO CORP., et al., § § Defendants. § | NO. H-02-2717<br><br>**JURY** |
| GRUNET REALTY CORP., derivatively and on behalf of EL PASO CORPORATION, § § § § Plaintiff, § § v. § § WILLIAM A. WISE, BYRON ALLUMBAUGH, JOHN M. BISSELL, JUAN CARLOS BRANIFF, JAMES F. GIBBONS, ANTHONY W. HALL, JR., RONALD L. KUEHN, JR., J. CARLETON MacNEIL, JR., THOMAS R. McDADE, MALCOLM WALLOP, JOE B. WYATT and D. DWIGHT SCOTT, § § § § § § § § § § § § Defendants § § -and- § § EL PASO CORPORATION, § § Nominal Defendant. § | NO. H-02-3161<br><br>**MOTION TO DISMISS** |

Defendants in the above referenced case file this motion to dismiss, asking the Court to dismiss the above-referenced case, H-02-3161, styled *Grunet Realty Corp. v. El Paso Corp., et*

*al.* ("*Grunet Action*"), with prejudice based on the doctrines of res judicata and settlement and release. All claims and actions asserted in the *Grunet Action* are covered by a settlement and final judgment in the related state court action, *Gebhardt v. Allumbaugh,* Cause No. 2002-13602, In the District Court of Harris County, Texas, 295th Judicial District (*"Gebhardt"*).

## I.

The *Grunet Action*, is a derivative case filed on August 22, 2002 and consolidated into the main securities action (*"Wyatt"*) on September 25, 2002. In its complaint, the plaintiff, Grunet Realty Corporation, asserted various claims on behalf of El Paso Corporation against certain of El Paso's officers and directors ("Defendants"). Plaintiffs based their claims on the Defendants' alleged actions related to the California energy market, round-trip trading, mark-to-market accounting of restructured energy contracts and off-balance-sheet debt. *See* Ex. A (*Grunet* Complaint), at ¶¶ 2, 29-40. Several other derivative cases asserting some or all of these claims were also filed by shareholders on behalf of El Paso Corporation. *Gebhardt* was the first-filed of these cases.

The *Gebhardt* case settled earlier this year. *See* Ex. C, at Exhibit 1 (Gebhardt Stipulation of Settlement, attached to Plaintiffs' Unopposed Motion For Preliminary Approval of Proposed Settlement). After providing notice to El Paso's shareholders, the state court overseeing the *Gebhardt* action approved the settlement and entered a final judgment on June 26, 2006. *See* Ex. D. The time for filing an appeal of that judgment expired on July 26, 2006 and the time for filing a motion to extend the appeal deadline expired on August 10, 2006. Neither a notice of appeal nor a motion to extend the time to appeal has been filed. The *Gebhardt* judgment is now final.

The *Gebhardt* case included the same claims, the same defendants and the same real plaintiff in interest involved in this *Grunet Action*. *See* Ex. B (*Gebhardt* Fifth Amended Petition). The settlement in *Gebhardt* clearly released the claims brought by Grunet Realty in this case, and the judgment in *Gebhardt* dismissed these claims with prejudice. Grunet Realty did not intervene in the *Gebhardt* case and did not attempt to challenge the settlement. With the exception of the *Grunet Action*, all other derivative cases relating to the issues and claims settled in *Gebhardt* were either consolidated into *Gebhardt* or have been dismissed.

Because the claims and parties in this case completely overlap with the claims settled and subject to a final judgment in *Gebhardt*, the Court should dismiss this case with prejudice based on the doctrine of res judicata. *See Smith v. Waste Management, Inc.*, 407 F. 3d 381, 386 (5th Cir. 2005). The claims in this case should also be dismissed based on the doctrine of settlement and release, as they have been fully and finally settled and released pursuant to the Stipulation of Settlement in *Gebhardt*. *See* Ex. C, §§ 1.27, 8.1.

All of the parties in this case, other than the derivative plaintiff, were parties to the *Gebhardt* action and were parties to the settlement which released the claims brought in this case. *See* Ex. A (*Grunet* Complaint); Ex. B (*Gebhardt* Complaint); Ex. C, at Exhibit 1 (settlement), at § 1.5. The Gebhardt release covers, in part:

> All claims . . . that were asserted or could have been asserted by El Paso Stockholders (including but not limited to Derivative Plaintiffs) on behalf of El Paso or by El Paso against the Settling Derivative Defendants (or any of them), or against the Board in the Action, that are based upon or related in any way to the facts, circumstances, transactions, events, occurrences, disclosures, statements, omissions, acts, or failures to act which were alleged or could have been alleged in the Action.

*See id.*, § 1.27.

The claims asserted on behalf of El Paso in this case were brought or could have been brought in the *Gebhardt* case. Indeed, each of the primary allegations in this case – California market manipulation, round-trip trading, mark-to-market accounting related to restructured energy contracts and off-balance-sheet debt – is expressly described in the *Gebhardt* Fifth Amended Petition and in the Stipulation of Settlement. *See* Ex. B, ¶¶ 36-101 (California market manipulation), ¶¶ 102-119 (round-trip trading), ¶¶ 120-134 (restructuring of energy contracts), ¶¶ 135-137 (off-balance-sheet debt); Ex. C, at Exhibit 1, page 10 (California market manipulation), 13 (remaining allegations). The Court should, therefore, dismiss this case based on res judicata and based on the doctrine of settlement and release.

## III.
## PRAYER

For the foregoing reasons, Defendants ask this court to dismiss the *Grunet Action* with prejudice. Defendant Wise is not a signatory to this motion but his counsel has indicated he will join this motion by filing a subsequent pleading.

Respectfully submitted,

[signature]

Stephen D. Susman
State Bar No. 19521000
S.D. Admissions No. 03257
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
Attorney-in-Charge for Defendant
El Paso Corporation

OF COUNSEL:
Mark L. D. Wawro
State Bar No. 20988275
S.D. Admissions No. 06393
Mary Kathryn Sammons
State Bar No. 17556100
S.D. Admissions No. 10657
Karen A. Oshman
State Bar No. 15335800
S.D. Admissions No. 07724
Joseph S. Grinstein
State Bar No. 24002188
S.D. Admissions No. 22831
William R. H. Merrill
State Bar No. 24006064
S.D. Admissions No. 23601
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666

J. Clifford Gunter III
State Bar No. 08627000
S.D. Admissions No. 533
Bracewell & Giuliani, L.L.P.
711 Louisiana Street, Suite 2900
Houston, Texas 77002-2781
Telephone: (713) 223-2300
Fax: (713) 221-1212
Attorney-in-Charge for Defendants
Byron Allumbaugh, John M. Bissell, Juan Carlos Braniff, James F. Gibbons, Anthony W. Hall, Jr., J. Carleton MacNeil, Jr., Thomas R. McDade and Malcolm Wallop

Of Counsel:
Andrew M. Edison
State Bar No. 00790629
S. D. Admissions No. 18207
Bracewell & Giuliani, L.L.P.
711 Louisiana Street, Suite 2900
Houston, Texas 77002-2781
Telephone: (713) 223-2300
Fax: (713) 221-1212

*/s/ Charles Reed* w/ permission dd
Charles Reed
*Admitted Pro Hac Vice*
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: (202) 721-4639
Fax: (202) 721-4646
Attorney-in-Charge for Defendant
Ronald L. Kuehn, Jr.

Of Counsel:
Kevin T. Abikoff
State Bar No. 24034118
S.D. Admissions No. 34731
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, DC 20006
Telephone: (202) 721-4600
Fax: (202) 721-4646

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **MOTION TO DISMISS** was served under Rule 5, Federal Rules of Civil Procedure, on September 7, 2006, upon the following counsel of record:

Mr. Jeffrey S. Abraham (***By First-Class Mail***)
Mr. Lawrence D. Levit
Abraham & Associates
One Penn Plaza, Suite 1910
New York, NY 10119
  *Attorneys for Plaintiff*

Mr. G. Sean Jez (***By First-Class Mail***)
George M. Fleming
Fleming & Associates
1330 Post Oak Blvd., Suite 3030
Houston, TX 77056-3019
  *Attorneys for Plaintiff*

Mr. Jonathan M. Plasse (*By First-Class Mail*)
Ms. Barbara J. Hart
Mr. Louis Gottlieb
Ms. Lisa Buckser-Schulz
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017-5563
    ***Lead Counsel and Attorneys for Oscar S. Wyatt, Jr.***

Mr. Andy Tindel (*By First-Class Mail*)
Provost Umphrey Law Firm, L.L.P.
112 East Line Street, Suite 304
Tyler, TX 75702
    ***Local Counsel for Oscar S. Wyatt, Jr.***

Mr. Alan Schulman (*By First-Class Mail*)
Mr. David Stickney
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
    ***Deputy Lead Counsel and Attorneys for Jacksonville Police & Fire Pension Fund***

Mr. Jacks C. Nickens (*By First-Class Mail*)
Mr. Richard P. Keeton
Mr. Paul D. Flack
Nickens, Keeton, Lawless, Farrell & Flack, LLP
600 Travis Street, Suite 7500
Houston, TX 77002
    ***Local Counsel for Jacksonville Police & Fire Pension Fund***

Mr. Michael J. Pucillo (*By First-Class Mail*)
Berman, DeValerio, Pease, Tabacco, Burt & Pucillo
222 Lakeview Avenue, Suite 900
West Palm Beach, Florida 33401
    ***Deputy Counsel and Attorneys for Oklahoma Firefighters Pension & Retirement System***

Mr. Roger B. Greenberg (*By First-Class Mail*)
Schwartz, Junell, Greenberg & Oathout, L.L.P.
909 Fannin Street, Suite 2700
Houston, TX 77010
    ***Local Counsel for Oklahoma Firefighters Pension & Retirement System***

Mr. Richard N. Carrell (*By First-Class Mail*)
Ms. Jane Dowell
Fulbright & Jaworski L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095
    *Attorneys for PricewaterhouseCoopers*

Mr. Joel M. Androphy (*By First-Class Mail*)
Berg & Androphy
3704 Travis Street
Houston, TX 77002
    *Attorneys for Credit Suisse Securities (USA) LLC*

Mr. Richard W. Clary (*By First-Class Mail*)
Ms. Julie A. North
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019
    *Attorneys for Credit Suisse Securities (USA) LLC*

Mr. Larry R. Veselka (*By First-Class Mail*)
Ms. Kristin E. Adler
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street, Suite 2300
Houston, TX 77002
    *Attorneys for Rodney D. Erskine*

Ms. Alison Smith (*By First-Class Mail*)
Haynes and Boone, L.L.P.
1221 McKinney Street, Suite 2100
Houston, TX 77010-2007
    *Attorneys for Brent Austin and in derivative cases, Dwight Scott*

Mr. David Beck (*By First-Class Mail*)
Beck, Redden & Secrest, L.L.P.
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010
    *Attorneys for William Wise*

Mr. Robin C. Gibbs (*By First-Class Mail*)
Ms. Caren Sweetland
Gibbs & Bruns, L.L.P.
1100 Louisiana Street, Suite 5300
Houston, TX 77002
    *Attorneys for Ralph Eads*

Mr. Kevin Abikoff (*By First-Class Mail*)
Mr. Charles Reed
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
    *Attorneys for Ronald L. Kuehn, Jr.*

Mr. Jonathan L. Sulds (*By First-Class Mail*)
Akin Gump Strauss Hauer & Feld L.L.P.
590 Madison Avenue
New York, NY 10022-2524
    *Attorneys for Committee of El Paso Corporation's Retirement Savings Plan*

Mr. Laurence K. Gustafson (*By First-Class Mail*)
Haynes and Boone, L.L.P.
901 Main Street, Suite 3100
Dallas, TX 75202-3789
    *Attorneys for El Paso Audit Committee*

Mr. J. Clifford Gunter III (*By First-Class Mail*)
Mr. Andrew M. Edison
Bracewell & Giuliani, L.L.P.
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781
    *Attorneys for Byron Allumbaugh, John M. Bissell,*
    *Juan Carlos Braniff, James F. Gibbons, Anthony W.*
    *Hall, Jr., J. Carleton MacNeil, Jr., Thomas R. McDade*
    *and Malcolm Wallop*

                                              /s/ William R. H. Merrill
                                              William R. H. Merrill