# Exhibit 4

## EL PASO CORPORATION

## LODESTAR REPORT

**FIRM:   LABATON SUCHAROW & RUDOFF LLP**
**REPORTING PERIOD: INCEPTION THROUGH FEBRUARY 12, 2007**

| PROFESSIONAL | STATUS* | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| Sucharow, L. | P | $675.00 | 164.2 | $ 110,835.00 |
| Plasse, J. | P | 650.00 | 2,850.2 | 1,852,630.00 |
| Hart, B. | P | 600.00 | 1,129.8 | 677,880.00 |
| Komlossy, E. | P | 575.00 | 5.1 | 2,932.50 |
| Gottlieb, L. | P | 550.00 | 572.9 | 315,095.00 |
| Keller, C. | P | 475.00 | 7.4 | 3,515.00 |
| Negrin, J. | P | 375.00 | 38.4 | 14,400.00 |
| Buckser-Schulz, L. | OC | 450.00 | 510.2 | 229,590.00 |
| Goldsmith, D. | OC | 400.00 | 183.7 | 73,480.00 |
| Snedeker, W. | OC | 400.00 | 43.9 | 17,560.00 |
| Konis, J. | A | 450.00 | 272.0 | 122,400.00 |
| Brueggen, P. | A | 395.00 | 726.5 | 286,967.50 |
| Fishbein, S. | A | 375.00 | 1,659.4 | 622,275.00 |
| Safar, K. | A | 295.00 | 34.4 | 10,148.00 |
| Marks, M. | A | 295.00 | 30.6 | 9,027.00 |
| Simons, D. | A | 275.00 | 130.9 | 35,997.50 |
| Mor, S. | A | 275.00 | 9.1 | 2,502.50 |
| Schachter, E. | A | 250.00 | 2,030.6 | 507,650.00 |
| Aston, S. | PA | 300.00 | 419.5 | 125,850.00 |
| Sunshine, W. | PA | 300.00 | 400.7 | 120,210.00 |
| Mitchell, S. | PA | 300.00 | 357.6 | 107,280.00 |
| West, B. | PA | 300.00 | 339.5 | 101,850.00 |
| Szydlowski, A. | RA | 395.00 | 22.5 | 8,887.50 |
| Ching, N. | RA | 250.00 | 52.0 | 13,000.00 |
| Friedman, A. | I | 225.00 | 14.0 | 3,150.00 |
| Hwang, J. | LC | 195.00 | 11.1 | 2,164.50 |
| Arisohn, J. | LC | 180.00 | 7.0 | 1,260.00 |
| Pariselli, A. | PL | 240.00 | 43.2 | 10,368.00 |
| Goldberg, H. | PL | 225.00 | 220.2 | 49,545.00 |
| Savoiardo, K. | PL | 225.00 | 18.5 | 4,162.50 |
| Kratenstein, A. | PL | 200.00 | 240.0 | 48,000.00 |
| McKenzie, D. | PL | 185.00 | 10.8 | 1,998.00 |
| Weissman, R. | PL | 175.00 | 25.5 | 4,462.50 |
| Pelinku, N. | PL | 175.00 | 10.0 | 1,750.00 |
| Chan, C. | PL | 165.00 | 5.9 | 973.50 |
| Morris, D. | PL | 150.00 | 34.9 | 5,235.00 |

| PROFESSIONAL | STATUS* | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| Battle, T. | PL | 150.00 | 33.5 | 5,025.00 |
| Santana, E. | PL | 145.00 | 21.5 | 3,117.50 |
| Cahill, M. | PL | 130.00 | 161.3 | 20,969.00 |
|  |  |  |  |  |
| **TOTAL** |  |  | **12,848.5** | **$ 5,534,143.00** |

_____

\* Partner            (P)
  Of Counsel         (OC)
  Associate          (A)
  Project Attorney   (PA)
  Research Analyst   (RA)
  Investigator       (I)
  Law Clerk          (LC)
  Paralegal          (PL)

# EL PASO CORPORATION

## DISBURSEMENT REPORT

**FIRM: LABATON SUCHAROW & RUDOFF LLP**
**REPORTING PERIOD: INCEPTION THROUGH FEBRUARY 12, 2007**

| DISBURSEMENT | TOTAL AMOUNT TO DATE |
|---|---:|
| Expert Fees:<br>    Forensic Economics, Inc.................. $182,435.06[1]<br>    Marks Paneth & Shron LLP. ............. 180,142.46[2]<br>    Financial Markets Analysis, LLC........ 21,510.00[3] | $384,087.52 |
| Contribution to Litigation Fund | 259,973.20 |
| Transportation / Meals / Lodging | 218,866.86 |
| Duplicating | 30,202.71 |
| Computer Research | 22,932.07 |
| Telephone / Fax | 20,247.26 |
| Federal Express | 7,190.79 |
| Disclosure/Docutrieval | 6,954.32 |
| Investigators | 6,751.05 |
| Mediation Fees | 5,668.80 |
| Computer Rental/Maintenance | 5,119.45 |
| Word Processing / Overtime | 4,739.75 |
| Court Reporter Service / Transcript Fees | 806.42 |
| Service Fees | 782.00 |
| Postage | 598.47 |
| Messengers | 70.00 |
| Filing Fees | 50.00 |
|  |  |
| **TOTAL** | **$975,040.67** |

---

[1] Forensic Economics includes a balance due of $59,636.03 which Labaton Sucharow will pay.

[2] Marks Paneth includes a balance due of $54,732.46 which Labaton Sucharow will pay.

[3] Financial Markets included a balance due of $16,500.00 which Labaton Sucharow will pay.

666943 v1
[2/13/2007 13:42]

# EL PASO CORPORATION

## LODESTAR REPORT

FIRM NAME: Berman DeValerio Pease Tabacco Burt & Pucillo

REPORTING PERIOD FROM INCEPTION

| PROFESSIONAL | STATUS* | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| Burt, C.O. | P | $625.00 | 9.75 | $6,093.75 |
| Pucillo, M.J. | P | $625.00 | 895.00 | $559,375.00 |
| Tabacco, J. | P | $625.00 | 0.30 | $187.50 |
| DeValerio, G. | P | $625.00 | 35.40 | $22,125.00 |
| Berman, N. | P | $625.00 | 0.50 | $312.50 |
| Pease, P. | P | $625.00 | 1.60 | $1,000.00 |
| Zoberman, W.H. | P | $550.00 | 358.50 | $197,175.00 |
| Block, J. | P | $550.00 | 1.20 | $660.00 |
| Heffelfinger, C.T. | P | $550.00 | 6.60 | $3,630.00 |
| Lavallee, N. | P | $550.00 | 1.80 | $990.00 |
| Donovan-Maher, K. | P | $550.00 | 226.30 | $124,465.00 |
| Stern, L. | P | $400.00 | 13.90 | $5,560.00 |
| Matraia, M. | P | $360.00 | 10.10 | $3,636.00 |
| O'Berry (Jacobs), A.F. | OC | $350.00 | 84.25 | $29,487.50 |
| Stocker, M. | A | $330.00 | 85.20 | $28,116.00 |
| Richmond, J. | A | $315.00 | 287.00 | $90,405.00 |
| Wood, B. | A | $315.00 | 26.30 | $8,284.50 |
| Eng, J.W. | A | $315.00 | 1,135.25 | $357,603.75 |
| Ghabai, N. | A | $265.00 | 7.10 | $1,881.50 |
| Merschman, J. | A | $260.00 | 240.00 | $62,400.00 |
| Greenspon, M. | A | $240.00 | 3.25 | $780.00 |
| Starr, N. | A | $240.00 | 15.20 | $3,648.00 |
| Bai, J. | A | $240.00 | 8.50 | $2,040.00 |
| Madigan, K. | A | $200.00 | 13.80 | $2,760.00 |
| Easter, J. | A | $185.00 | 16.10 | $2,978.50 |
| Hopkins, S. | A | $180.00 | 6.00 | $1,080.00 |
| Berges, S. | CA | $300.00 | 168.25 | $50,475.00 |
| Burton, J.M. | CA | $300.00 | 464.50 | $139,350.00 |
| Elrod, A.D. | CA | $300.00 | 168.00 | $50,400.00 |
| Harris, J. | CA | $300.00 | 590.25 | $177,075.00 |
| Jigarjian, R. | CA | $300.00 | 26.50 | $7,950.00 |
| Nguyen, T.B. | CA | $300.00 | 296.25 | $88,875.00 |
| Francis, R. | FA | $345.00 | 112.50 | $38,812.50 |
| Szechenyi, C. | IN | $300.00 | 114.25 | $34,275.00 |
| Gibbs, T. | IN | $190.00 | 58.00 | $11,020.00 |
| Boussy, M.E. | IN | $150.00 | 12.50 | $1,875.00 |
| Guteirrez, M. | LC | $150.00 | 4.20 | $630.00 |
| Davis, J. | LC | $150.00 | 9.50 | $1,425.00 |
| Vanore, D. | PL | $190.00 | 9.00 | $1,710.00 |
| Scarsciotti, J. | PL | $190.00 | 63.50 | $12,065.00 |

1

| PROFESSIONAL | STATUS* | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| Keefe, R. | PL | $190.00 | 5.00 | $950.00 |
| Lesnick, C. | PL | $170.00 | 125.25 | $21,292.50 |
| Nivala, A. | PL | $170.00 | 36.00 | $6,120.00 |
| Remillard, D. | PL | $170.00 | 20.00 | $3,400.00 |
| Clark, J. | PL | $160.00 | 28.00 | $4,480.00 |
| Pacheco, D. | PL | $160.00 | 20.00 | $3,200.00 |
| Putnam, J.L. | PL | $120.00 | 3.00 | $360.00 |
| Kelly, L. | PL | $110.00 | 15.50 | $1,705.00 |
| Soboleva, Y. | PL | $70.00 | 4.00 | $280.00 |
| Smith, T. | PL | $70.00 | 7.75 | $542.50 |
| Reid, E. | CP | $115.00 | 28.25 | $3,248.75 |
| | | | | |
| TOTAL | | | 5,878.85 | $2,178,190.75 |

*Partner (P); Of Counsel (OC); Contract Attorney (CA); Associate (A); Forensic Accountant (FA); Investigator (IN); Law Clerk (LC); Paralegal (PL); Contract Paralegal (CP)

# EL PASO CORPORATION

## DISBURSEMENT REPORT

FIRM NAME: Berman DeValerio Pease Tabacco Burt & Pucillo

REPORTING PERIOD: Inception through February 12, 2007

| DISBURSEMENT | TOTAL AMOUNT TO DATE |
|---|---:|
| Duplicating | $6,743.95 |
| Postage | $25.75 |
| Telephone/Fax | $1,072.14 |
| Word Processing | |
| Transportation/Meals/Lodging | $42,706.97 |
| Expert Fees | |
| Messengers | $70.25 |
| Filing Fees | |
| Service Fees | |
| Computer Research | $17,284.16 |
| Disclosure/Docutrieval | $550.00 |
| Federal Express | $424.86 |
| Contribution to Litigation Fund | $255,000.00 |
| Research Items | |
| Court Reporter Service/Transcript Fees | |
| Clerical Overtime | $585.35 |
| | |
| TOTAL | $324,463.43 |

**El Paso Corporation Securities Litigation**

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
**LODESTAR REPORT**

| PROFESSIONAL | STATUS | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| Berger, D | P | $650 | 9.25 | $6,012.50 |
| Berger, M | P | $750 | 17.5 | $13,125.00 |
| Berges, S | PA | $300 | 147.5 | $44,250.00 |
| Bleichmar, J | A | $440 | 13.5 | $5,940.00 |
| Chimene, M | PA | $300 | 349.50 | $104,850.00 |
| Crowdes, J | DC | $160 | 196.5 | $31,440.00 |
| DeFilippis, N | CA | $285 | 30 | $8,550.00 |
| Desai, S | MK | $180 | 2.5 | $450.00 |
| Duff, A | A | $400 | .50 | $200.00 |
| Dvoskin, S | PL | $185 | 6.5 | $1,202.50 |
| Fana, E | PL | $160 | 39 | $6,240.00 |
| Ford, C | DC | $160 | 144.5 | $23,120.00 |
| Futia, M | DC | $175 | 48 | $8,400.00 |
| Gans, R. | P | $575 | 1 | $575.00 |
| Genua, S | PL | $185 | 44.5 | $8,232.50 |
| Hazard, P | PA | $275 | 239.75 | $65,931.25 |
| Hazard, P | LC | $190 | 55 | $10,450.00 |
| Hollis, A | FA | $205 | 1 | $205.00 |
| Jefferson, C | PP | $160 | 30 | $4,800.00 |
| Kellar, T | PP | $185 | 12.5 | $2,312.50 |
| Kleinbard, D | FI | $285 | 18.75 | $5,343.75 |
| Kuta, L | PA | $300 | 431.75 | $129,525.00 |
| Leibell, J | SC | $495 | 14.5 | $7,177.50 |
| Lunde, D | PL | $205 | .40 | $82.00 |
| McConnell, K | PA | $300 | 357 | $107,100.00 |
| McKeige, D | P | $695 | 115.5 | $80,272.50 |
| McKenna, J | SA | $305 | 290.5 | $88,602.50 |
| Mendoza, N | A | $440 | 1,523.40 | $670,296.00 |
| Metcalf, E | PL | $185 | 63 | $11,655.00 |
| Misulovin, E | A | $310 | 4 | $1,240.00 |
| Nicholas, B | P | $540 | 19 | $10,260.00 |
| Padoan, J. | DC | $175 | .50 | $87.50 |
| Passmore, M | SA | $305 | 1,089 | $332,145.00 |
| Passmore, M | A | $330 | 225.00 | $74,250.00 |
| Prince, S | PA | $300 | 222.25 | $66,675.00 |
| Richards, J | PA | $300 | 361 | $108,300.00 |

| PROFESSIONAL | STATUS | HOURLY RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| Riviere, R | A | $400 | 315.5 | $126,200.00 |
| Roberts, B | PL | $195 | 2.5 | $487.50 |
| Sacco, M | PL | $185 | 11.5 | $2,127.50 |
| Sawyers, G. | DC | $165 | 7.5 | $1,237.50 |
| Schulman, A | P | $695 | 259 | $180,005.00 |
| Sharkey, A | PL | $175 | 1.5 | $262.50 |
| Short, B | SA | $305 | 1,431.5 | $436,607.50 |
| Short, B | LC | $190 | 7 | $1,330.00 |
| Silk, G | P | $540 | 13 | $7,020.00 |
| Sousek, K | PL | $195 | 148.25 | $28,908.75 |
| Starr, J | DC | $175 | 206.25 | $36,093.75 |
| Stickney, D | P | $540 | 1,055.25 | $569,835.00 |
| Sturman, D | SC | $450 | 5 | $2,250.00 |
| Tountas, S | A | $330 | 15.5 | $5,115.00 |
| Vargas, P | A | $310 | 18 | $5,580.00 |
| Wawrzyniak, N | PL | $210 | 56.5 | $11,865.00 |
| White, L.D. | LS | $225 | 3.5 | $787.50 |
| Williams, N | PL | $175 | 17.25 | $3,018.75 |
| Worthington, T | A | $375 | 129.75 | $48,656.25 |
| | | | | |
| | | | TOTAL | TOTAL |
| | | | 9,828.30 | $3,506,685.50 |

**KEY:**

| | |
|---|---|
| Partner: | (P) |
| Senior Counsel: | (SC) |
| Associate: | (A) |
| Staff Attorney: | (SA) |
| Project Attorney: | (PA) |
| Financial Investigator: | (FI) |
| Financial Analyst: | (FA) |
| Litigation Support: | (LS) |
| Law Clerk: | (LC) |
| Paralegal: | (PL) |
| Project Paralegal: | (PP) |
| Case Analyst: | (CA) |
| Document Clerk: | (DC) |
| Marketing Assistant: | (MK) |

**El Paso Corporation Securities Litigation**

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
**EXPENSE REPORT**

| DISBURSEMENT | TOTAL AMOUNT TO DATE |
|---|---|
| Service of Process | $2,803.54 |
| On Line Legal Research | $24,030.48 |
| On Line Factual Research | $5,935.35 |
| Postage & Express Mail | $3,784.71 |
| Internal Copying | $18,883.00 |
| Out of Town Travel | $153,826.40 |
| Faxes | $347.00 |
| Contributions to Plaintiffs' Lit. Fund | $235,000.00 |
| Court Reporting & Transcripts | $667.61 |
| Telephone | $557.71 |
| Hand Delivery | $180.50 |
| Local Transportation | $447.10 |
| Outside Copying | $829.46 |
| Working Meals | $7,508.35 |
| Staff Overtime | $501.99 |
| Mediator Fees | $1,800.00 |
|  |  |
|  |  |
|  | **TOTAL** |
|  | $457,103.20 |

**El Paso Corporation Securities Litigation**

**KLAUSNER & KAUFMAN, P.A., General Counsel to
Lead Plaintiff Jacksonville Police & Fire Pension Fund
LODESTAR REPORT**

| Individual | Total Time | Rate |
|---|---|---|
| Attorney: Robert D. Klausner | 62.5 hours | $400/hour |

TOTAL LODESTAR:  $25,000.00

## EL PASO LITIGATION FUND

| Category of Expense | Amount |
|---|---|
| Intelometry, Inc. (consulting expert for document repository) | $501,261.35 |
| The Strickland Group (consulting expert for document repository) | 54,180.73 |
| Capitol, LLC (technology consultant for document repository) | 54,119.39 |
| Irell & Manella LLP (mediation services) | 51,348.25 |
| Outsourced Photocopying | 29,605.18 |
| Bala G. Dharan, PhD, CPA (consulting expert for document repository) | 18,920.00 |
| Forensic Economics, Inc. (damages consultant) | 17,727.50 |
| Allegra Systems, Inc. (technology consultant for document repository) | 11,436.45 |
| Econ One (consulting expert) | 6,360.00 |
| UHY Mann Frankfort Stein & Lipp (reimbursement for housing the mediation in Houston) | 2,361.25 |
| Esquire Deposition Services, LLC (videotaping) | 1,453.10 |
| Rodney Raldyn (consulting expert) | 1,200.00 |
| **TOTAL** | **$749,973.20** |

*Schedule represents payments made from jointly maintained Litigation Fund.

## EL PASO EXPERT ANALYSIS*

| EXPERT | TOTAL AMOUNT |
|---|---|
| Intelometry, Inc. | $501,261.35 |
| Forensic Economics, Inc. | 200,162.56 |
| Marks Paneth & Shron LLP | 180,142.46 |
| The Strickland Group | 54,180.73 |
| Financial Markets Analysis, LLC | 21,510.00 |
| Bala G. Dharan, PhD, CPA | 18,920.00 |
| Econ One | 6,360.00 |
| **TOTAL** | **$982,537.10** |

*Schedule represents total amounts paid to consultants from either the Litigation Fund and/or Plaintiffs' Counsel.