UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Oscar S. Wyatt, Jr., on behalf of himself and all others similarly situated, *et al.*, | § § § § | |
| Plaintiffs, | § § § | |
| *versus* | § § | Civil Action H-02-2717 |
| El Paso Corporation, *et al.*, | § § § | |
| Defendants. | § | |

## Findings on the Settlement and Allocation

1.  The members of the class were afforded prompt, thorough, and intelligible notice of the settlement plan and of their opportunity to object. Those wishing to object or discuss the settlement could participate by an oral or written presentation, or both. The members' right to be heard was fully preserved.

2.  The allocation of the proceeds among members, by the type of security held, recognizes the legitimate interests of each and equitably adjusts them. Distinctions between them are based on fact, including the condition of legal uncertainty. This settlement fairly compensates the members. It is an arrangement that uses the best data available to estimate probabilities of actions and consequences to hypothetical holders. Within the limits of practicality, the formula for the calculation of the claims is technically sound and equitably appropriate.

3.      The court finds that the plan proposed by lead plaintiffs is an equitable calculus
        for individual claims and arrangement among types of securities.

Signed on March 9, 2007, at Houston, Texas.


                          _____
                                  Lynn N. Hughes    USDJ
                            United States District Judge