UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Oscar S. Wyatt, Jr., on behalf of himself and all others similarly situated, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | Civil Action H-02-2717 |
| El Paso Corporation, *et al.*, | § § § | |
| Defendants. | § | |

# Final Judgment

1. On finding that the settlement described in the stipulation is reasonable, this court approves it.

2. On the effective date of the settlement, Oscar S. Wyatt, Jr., Oklahoma Firefighters Pension and Retirement System, Jacksonville Police and Fire Pension Fund, and each member of the class have absolutely released all claims against El Paso Corporation, William Wise, H. Brent Austin, Ralph Eads, Rodney D. Erskine, Ronald L. Kuehn, Jr., D. Dwight Scott, Credit Suisse First Boston LLC, and Pricewaterhouse Coopers LLP, including their derivative parties, except:

    A.  Individual claims of those listed on Exhibit A are not released; and

    B.  No claim that has been brought or could have been brought under the Employees Retirement Income Security Act is released or otherwise affected, including those in *Lewis v. El Paso*, Case H-02-4860, in the United States District Court for the Southern District of Texas.

    The plaintiffs release claims that they could have brought in every capacity that they had or may later acquire.

3. Other than as is specifically described in the stipulation, the parties bear their own costs.

Signed on March 9, 2007, at Houston, Texas.

                                      Lynn N. Hughes   USDJ
                               United States District Judge

Exhibit A

# Exclusions

1. Kenneth C. Flagg
2. Edith Naiser
3. Martha N. Blazick
4. UBS Custodian for Laura Effel IRA
5. Roland S. Emery
6. Harlan H. Holben by Darlene M. Holben, Agent
7. Darlene M. Holben
8. Fred A. Schmidt
9. Mary L. Olson
10. Arnold Arons, Trustee of the Arons Family Trust
11. Ilse Hayes Govoni
12. Richard K. Hose
13. William A. & Ruth A. Smith
14. Joseph H. & Melba S. Prejean, Joint Tenants
15. Pershing LLC Custodian for Mackie D. Ross
16. Claudia S. Cavin
17. Tova Marie Shergold IRA
18. Bruce Fraser & Ellen Broesder Fraser, Trustees of the Bruce & Ellen Fraser Trust 5/10/98
19. Martron Corporation
20. Richard W. & Dorothy C. Walker, Joint Tenants
21. Jon Showalter
22. Rose Lee Ferstenberg, Trustee of the Rose Lee Ferstenberg Trust
23. Isabel Cinnamon
24. Edmund F. Forni, Trustee
25. Faye M Ruley, Douglas M Ruley Co-Trustees, Ruley Rev Surv Trust 6/28/85 for Ruley Rev Surv Trust
26. Antonio Jose A.G. Zagatto and Miriam De F.C. De O. Zagatto Ten Com
27. James P. Coulon and Dorothy F. Coulon
28. George P. Deibert & Ella Fay Deibert
29. Kenneth R. Morgan

*Lynn N. Hughes*
*United States District Judge*